UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LL&G CONSTRUCTION COMPANY, INC., | § § § § | |
| Plaintiff, | § § § § § § | CIVIL ACTION NO. G-12-184 |

ORDER REFERRING CASE TO MAGISTRATE

It is ORDERED that the above captioned matter be referred to United States Magistrate John Froeschner to conduct all pretrial proceedings in the case including hearings; rulings on motions; Rule 26(f), pretrial and settlement conferences in accordance with 28 U.S.C. 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act.

SIGNED this 25th day of June, 2012.

_____
Gregg Costa
United States District Judge